**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bobby Lee CAMPBELL, Defendant– Appellant.**

**No. 01–7820.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 23, 2002.

Decided Feb. 7, 2002.

Bobby Lee Campbell, Pro Se. David Culver Keesler, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Bobby Lee Campbell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Campbell,* Nos. CR–98–182; CA–01–497–3 (W.D.N.C. filed Oct. 1, 2001; entered Oct. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court